**Electronically Filed
Supreme Court
SCWC-13-0000065
24-JAN-2014
07:59 AM**

SCWC-13-0000065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LONNELL REGINALD WIDEMAN, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.
(CAAP-13-0000065)

------------------------------------------------------------

LONNELL REGINALD WIDEMAN, Petitioner/Petitioner-Appellant,

vs.

HAWAIʻI PAROLING AUTHORITY, Respondent/Respondent-Appellee.
(CAAP-13-0000111)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 12-1-0045 (CR. NO. 85-1261))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
Circuit Judge Crandall, in place of Acoba, J., recused,
and Circuit Judge Trader, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant's application for writ

of certiorari filed on December 10, 2013, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 24, 2014.

Lonnell R. Wideman,
petitioner pro se                    /s/ Mark E. Recktenwald

Richard W. Stacey                    /s/ Paula A. Nakayama
for respondent
                                     /s/ Sabrina S. McKenna

                                     /s/ Virginia L. Crandall

                                     /s/ Rom A. Trader